MARY MORCK, as Administratrix of the Estate of CHRISTIAN MORCK, Deceased, et al., Respondents, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.

(Argued October 15, 1934; decided November 20, 1934.)

*Harold R. Oakes* and *Robert Schwebel* for appellant.
*Joseph P. Walsh* and *Frank H. Innes* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.